

MDL 1826

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 28 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | MDL Docket No. 1826 |

**CORPORATE DISCLOSURE STATEMENT OF ADVANCED MICRO DEVICES, INC.**

Pursuant to Rule 5.3 of the Rules of the Judicial Panel on Multidistrict Litigation, Advanced Micro Devices, Inc., discloses that no publicly held company owns 10% or more of its stock.

DATED: December 21, 2006

Respectfully submitted,

Margaret M. Zwisler
LATHAM & WATKINS LLP
555 Eleventh Street, N.W.
Washington, DC 20004-1304
T: (202) 637-2200
F: (202) 637-2201

*Attorneys for Defendant
Advanced Micro Devices, Inc.*

**OFFICIAL FILE COPY**

IMAGED DEC 28 2006

LA\1667853.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I caused a true and correct copy of the foregoing <u>Corporate Disclosure Statement of Advanced Micro Devices, Inc.</u> to be served via U.S. Mail and facsimile on the following:

JON T KING
CHRISTOPHER LEE LEBSOCK
MICHAEL PAUL LEHMANN
THOMAS PATRICK DOVE
FURTH LEHMANN & GRANT LLP
225 BUSH STREET
15TH FLOOR
SAN FRANCISCO, CA 94104
T: 415-433-2070
F: 415-397-1735

*Attorneys for Henry Truong, Trong Nguyen and Stephanie Truong*

ROBERT SCHUBERT
JUDEN JUSTICE REED
WILLEM F. JONCKHEER
SCHUBERT & REED LLP
THREE EMBARCADERO CENTER
SUITE 1650
SAN FRANCISCO, CA 94111
T: 415-788-4220
F: 415-788-4220

CHRISTOPHER LOVELL
CRAIG M. ESSENMACHER
KEITH ESSENMACHER
LOVELL STEWART HALEBIAN LLP
500 FIFTH AVENUE, FLOOR 58
NEW YORK, NY 10110
T: 212-608-1900

*Attorneys for Rhonda Aldrich and Justus Austin*

MARIO N. ALIOTO
LAUREN C. RUSSELL
TRUMP, ALIOTO, TRUMP & PRESCOTT
2280 UNION STREET
SAN FRANCISCO, CA 94123
T: 415-563-7200
F: 415-346-0679

JOSEPH M. PATANE
LAW OFFICES OF JOSEPH M. PATANE
2280 UNION STREET
SAN FRANCISCO, CA 94123
T: 415-563-7200
F: 415-346-0679

*Attorneys for Karol Juskiewicz*

CLIFFORD H. PEARSON
GARY S. SOTER
DANIEL L. WARSHAW
PEARSON SOTER WARSHAW & PENNY
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CA 91403
T: 818-788-8300
F: 818-788-8104

*Attorneys for Bryan Schindelheim*

DC\945686.1

JAMES R. MALONE
CHIMICLES & TIKELLIS LLP
ONE HAVERFORD CENTRE
361 W. LANCASTER AVENUE
HAVERFORD, PA 19041
T:  610-642-8500
F:  610-649-3633

ANDREW J. OGILVIE
KEMNITZER ANDERSON BARRON &
OGILVIE LLP
445 BUSH STREET
SIXTH FLOOR
SAN FRANCISCO, CA 94108
T:  415-861-2265
F:  415-861-3151

*Attorneys for Kathryn Saunders*

BRIAN BARRY
LAW OFFICES OF BRIAN BERRY
1801 AVENUE OF THE STARS, SUITE 307
LOS ANGELES, CA  90067
T:  310-788-0831
F:  310-788-0841

RANDY R. RENICK
LAW OFFICES OF RANDY R. RENICK
128 NORTH FAIR OAKS AVENUE,
SUITE 204
PASADENA, CA  91103
T:  626-585-9608
F:  626-577-7079

*Attorneys for Woodrow Clark II*

CHRISTINE P. BARTHOLOMEW
FINKELSTEIN THOMPSON
601 MONTGOMERY STREET, SUITE 665
SAN FRANCISCO, CA  94111
T:  415-398-8700
F:  415-398-8704

*Attorney for Jennifer Tomaino*

ARTHUR SHINGLER
SCOTT & SCOTT
600 B STREET, SUITE 1500
SAN DIEGO, CA  92101
T:  619-2334565
F:  619-233-0508

DENNIS J. JOHNSON
JOHNSON & PERKINSON
1690 WILLISTON ROAD
P.O. BOX 2305
BURLINGTON, VT  05403
T:  802-862-0030
F:  802-862-0060

*Attorneys for Brett Johnson*

KENNETH GILMAN
GILMAN AND PASTOR
225 FRANKLIN STREET, 16TH FLOOR
BOSTON, MA  02110
T:  617-742-9700
F:  617-742-9701

ROBERT SCHUBERT
JUDEN JUSTICE REED
AARON H. DARSKY
SCHUBERT & REED LLP
THREE EMBARCADERO CENTER
SUITE 1650
SAN FRANCISCO, CA 94111
T:  415-788-4220
F:  415-788-4220

*Attorneys for Vincent Andella*

JAMES DONATO
COOLEY GODWARD KRONISH LLP
101 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94111-5800
T:  (415) 693-2047
F:  (415) 693-2222

*Attorney for  Defendant, Nvidia Corporation*

_____
Tracey E. Watson